

FILED

JAN 3 0 2006

CLERK, U.S. DISTRICT COURT
STERN DISTRICT OF CALIFORNI

_____
  DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2793

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER DEVICE, TRAP AND TRACE DEVICE, DIALED NUMBER INTERCEPTOR, NUMBER SEARCH DEVICE, AND CALLER IDENTIFICATION SERVICE, AND THE DISCLOSURE OF BILLING, SUBSCRIBER, AND AIR TIME INFORMATION | SW-04-0361 KJM<br><br>MOTION TO UNSEAL AND [PROPOSED] ORDER |

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in an indictment which was returned on December 15, 2005 in case number CR. S-05-542 GEB.

The United States hereby requests that the above-referenced

///
///
///
///
///
///
///

1

1  file be unsealed so that its contents may be revealed in discovery
2  in Case No. CR. S-05-542 GEB.
3  Dated: January 27, 2006            Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                 By:  /s/ Matthew C. Stegman
7                                     MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

9       Upon application of the United States of America and good cause
10 having been shown,
11      IT IS HEREBY ORDERED that the United States' Motion To Unseal
12 the documents filed in this case is GRANTED.

14 DATED: January 30, 2006
                                      GREGORY G. HOLLOWS
                                      ─────────────────────────
                                      HON. GREGORY G. HOLLOWS
                                      United States Magistrate Judge